IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONADABE DA SILVA PEIXOTO**<br>Plaintiff,<br><br>v.<br><br>**J.L. JAMISON, BRIAN MCSHANE, TODD LYONS, U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, PAMELA BONDI**<br>Defendants. | CIVIL ACTION<br><br><br><br>NO. 26-CV-967 |

# O R D E R

**AND NOW**, this 24th day of February 2026, in light of Respondents' Notice that Petitioner Da Silva Peixoto has been released (ECF No. 6), **IT IS HEREBY ORDERED** that the Clerk of Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.

BY THE COURT:


S/ WENDY BEETLESTONE
_____
**WENDY BEETLESTONE, C.J.**